UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DEVANDAL BERNARD THOMAS,

    Plaintiff,

v.                                        Case No. 3:14cv467/MCR/CJK

JIM TINNEY, et al.,

    Defendants.
_____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 20, 2015 (doc. 13), pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing any timely objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The Magistrate Judge's Report and Recommendation (doc. 13) is adopted and incorporated by reference in this order.

    2.    This case is DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(a)(1)(A)(i), and the clerk is directed to close the file.

    **DONE AND ORDERED** this 20th day of March, 2015.

                                    s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATES DISTRICT JUDGE**